IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BOBBY MCCALL, ET AL.                                                          PLAINTIFFS

V.                                                 CIVIL ACTION NO. 4:04cv122TSL-LRA

LOCKHEED MARTIN CORPORATION;
LOCKHEED MARTIN AERONAUTICS
CORPORATION FORMERLY D/B/A LOCKHEED
MARTIN AERONAUTICAL SYSTEMS; DERIK
SCOTT WILLIAMS, AS THE EXECUTOR OF THE
ESTATE OF DOUGLAS PAUL WILLIAMS; JOHN
DOES 1-10; JOHN DOES 11-20, AND JOHN DOES
21-30                                                                       DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This Court, having been advised by Plaintiff Aaron Hopson and Defendants Lockheed Martin Corporation and Lockheed Martin Aeronautics Company formerly d/b/a Lockheed Martin Aeronautical Systems, that a compromise settlement between these parties has been reached, is of the opinion that there is good cause for entry of the foregoing Agreed Final Judgment of Dismissal With Prejudice, and that there is no just reason for delaying entry of this Judgment.

IT IS THEREFORE ORDERED that any and all claims asserted by Plaintiff Aaron Hopson against Defendants Lockheed Martin Corporation and Lockheed Martin Aeronautics Company formerly d/b/a Lockheed Martin Aeronautical Systems are DISMISSED WITH PREJUDICE, with each listed party paying its own costs and expenses of the litigation, including attorneys' fees.

SO ORDERED this the 7th day of June, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Agreed To:


  s/Jacqueline C. Smoke
Jacqueline C. Smoke
Attorney for Plaintiff Aaron Hopson


  s/Robert B. Ireland, III
Robert B. Ireland, III
Attorney for Defendants
Lockheed Martin Corporation and
Lockheed Martin Aeronautics Company
formerly d/b/a Lockheed Martin
Aeronautical Systems